UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON CUNNINGHAM,<br><br>        Petitioner,<br><br>  vs.<br><br>RICHARD MORGAN,<br><br>        Respondent. | NO. CV-05-5016-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION WITHOUT PREJUDICE |

    Magistrate Judge Leavitt filed a Report and Recommendation on May 16, 2005, recommending Mr. Cunningham's habeas corpus petition be dismissed without prejudice as unexhausted. There being no objections, the court **ADOPTS** the Report and Recommendation. The Petition is **DISMISSED without prejudice.**

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner and close the file.

    **DATED** this   13th   day of June 2005.


                        S/ Edward F. Shea
                        EDWARD F. SHEA
               UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION WITHOUT PREJUDICE -- 1